AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JOHN VERNON FIELDS,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: 3:16-cv-00166-MMD-VPC

RENEE BAKER, *et al.*,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice to the filing of a new petition in a new action with a properly completed pauper application with all new and complete financial attachments.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

April 8, 2016     **LANCE S. WILSON**
      Clerk

      /s/ K. Rusin
      Deputy Clerk